UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SEAN PATRICK O'MALLEY

Case No. 8:06-CR- 00417-T-26TBM

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about July 24, 2006, in Tampa, in the Middle District of Florida,

SEAN PATRICK O'MALLEY,

the defendant herein, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

> Robbery, in the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, in Case 00-CF-003929, on or about April 4, 2001;

> Burglary of a Conveyance, in the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, in Case Number 00-CF-003265, on or about April 4, 2001;

> Robbery, in the Thirteenth Judicial Circuit Court in and for Hillsborough County, in Case Number 00-CF-007218, on or about April 4, 2001;

> Accessory after the Fact, in the Thirteenth Judicial Circuit Court in and for Hillsborough County, in Case Number 00-CF-003928, on or about April 4, 2001, and

Carrying a Concealed Firearm, in the Thirteenth Judicial Circuit Court in and for Hillsborough County, in Case Number 00-CF-015454, on or about April 4, 2001,

did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a RG Industries .25 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURES

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

1. From his engagement in any or all of the violations alleged in Count One of this Indictment, defendant SEAN PATRICK O'MALLEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461, all of his right, title and interest in any firearm and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g), including but not limited to a RG Industries .25 caliber pistol.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                                  A TRUE BILL,

                                  _____
                                  Foreperson

PAUL I. PEREZ
United States Attorney

By:   _____
       JAY L. HOFFER
       Assistant United States Attorney

By:   _____
       ROBERT A. MOSAKOWSKI
       Assistant United States Attorney
       Chief, Tampa Division